UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Z. MARCIA ABRAMSON, Executrix of The ESTATE OF MARTIN ABRAMSON Deceased and Z. MARCIA ABRAMSON In her own right,<br><br>     Plaintiffs,<br>   v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC t/a, d/b/a and a/k/a THE RITZ-CARLTON GOLF & SPA RESORT, ROSE HALL, JAMAICA<br>   and<br>MARRIOTT INTERNATIONAL, INC.<br>   and<br>THE RITZ CARLTON GOLF & SPA RESORT, ROSE HALL, JAMAICA<br>   and<br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.,<br>   and<br>JOHN DOES 1 through 20,<br><br>     Defendants. | **Hon. Joseph H. Rodriguez**<br><br>**Civil Action No. 09-3264**<br><br>**ORDER** |

This matter having come before the Court on motion of Defendant American Express Travel Related Services, Inc. to dismiss all claims against it pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. Entry No. 39]; and the Court having considered the written submissions of the parties; and the Court having heard oral argument on the motion on September 20, 2010; and for the reasons set forth in the accompanying Opinion issued on even date,

IT IS on this 6th day of October, 2010 hereby ORDERED that Defendant's motion [Dkt. Entry No. 39] is GRANTED.

                                                 /s/ Joseph H. Rodriguez
                                               Hon. Joseph H. Rodriguez,
                                               United States District Judge